UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

> Voluntary dismissal without prejudice acknowledged. JRS, DJ, 12/10/2018 Distribution to all counsel of record via CM/ECF.

| | |
|---|---|
| THOMAS CLARK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:18-cv-519-JRS-MJD |
| CHW GROUP, INC. d/b/a Choice Home Warranty, | ) ) ) ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, THOMAS CLARK, ("Plaintiff"), through his attorney, Michael S. Agruss, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, without prejudice, against Defendant, CHW GROUP, INC d/b/a CHOICE HOME WARRANTY.

RESPECTFULLY SUBMITTED,

December 6, 2018

By: /s/ Michael S. Agruss _____
Michael S. Agruss
Agruss Law Firm, LLC
4809 N. Ravenswood Ave.
Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff